# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **THE STATE OF LOUISIANA, ET AL** | **CIVIL DOCKET NO. 1:21-CV-03867** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JOSEPH R. BIDEN, JR., ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## ORDER

After review of the record in the above-captioned case, the undersigned is recusing himself from further proceedings. Accordingly,

IT IS HEREBY ORDERED that this case is REFERRED to the Chief Judge of the Western District of Louisiana for reassignment.

THUS, DONE AND SIGNED in Chambers on this 9th day of November 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE