# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br><br>                                     PLAINTIFFS, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, et al., <br><br>                                     DEFENDANTS. | CIVIL ACTION NO. 1:21-cv-3867-DCJ-JPM |

## ORDER

Plaintiff States' Motion for Preliminary Injunction is GRANTED. Defendants are ENJOINED and RESTRAINED from implementing or treating as binding the Contractor Vaccine Mandate, including Executive Order 14042; the Task Force Guidance, COVID-19 Workplace Safety: Guidance for Federal Contractors and Subcontractors (Sept. 24, 2021); the OMB Rule, 86 Fed. Reg. 53,691-692 (Sept. 28, 2021); and the FAR Guidance, Issuance of Agency Deviations to Implement Executive Order 14042 (Sept. 30, 2021).

IT IS FURTHER ORDERED that this Order shall become effective immediately and shall remain in effect, pending the final resolution of this case, or until further orders of this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

IT IS FURTHER ORDERED that no security bond shall be required under Federal Rule of Civil Procedure 65.

Signed this ___ day of _____, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE