UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 21-cv-3867** |
| -vs- | **JUDGE DRELL** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

IT IS ORDERED that a telephone conference with the court shall be held on November 18, 2021 at 1:30 P.M. Counsel for Plaintiffs shall initiate the call and arrange for counsel for the Department of Justice to participate.

Counsel must be prepared to discuss:

- A briefing schedule and hearing date for the Motion for Preliminary Injunction; and

- A protocol for submission of jointly agreed facts in advance of the court's consideration of the Motion for Preliminary Injunction.

THUS DONE AND SIGNED at Alexandria, Louisiana this 15 day of November 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT