IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:21-cv-3867 |

## ORDER

The State of Louisiana's Motion for Subpoena Authorization is GRANTED. Louisiana may expeditiously issue subpoenas for testimony at the Preliminary Injunction Hearing to the University of Louisiana and Dr. James Henderson.

SO ORDERED.

ALEXANDAIA, LA, Nov 22, 2021

HON. DEE DRELL
Senior U.S. DISTRICT JUDGE