IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br><br>                     PLAINTIFFS, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, et al., <br><br>                     DEFENDANTS. | CIVIL ACTION NO. 1:21-cv-3867-DDD-JPM |

**UNOPPOSED MOTION TO EXTEND PRELIMINARY INJUNCTION BRIEFING DEADLINE**

Plaintiff States respectfully move this Court under Local Rule 7.4.1 of the Western District of Louisiana to extend Defendants' deadline for responding to Plaintiff States' motion for preliminary injunction. Defendants' current deadline is Friday, November 26, 2021. *See* Doc. 16 at 1. The Court should reset that deadline and order Defendants to respond to Plaintiffs' renewed motion for preliminary injunction on or before Thursday, December 2, 2021. Defendants do not oppose this request. All other deadlines related to Plaintiff States' renewed motion for preliminary injunction should remain as the Court previously ordered for their first motion. *See* Doc. 16.

This extension is appropriate because after the Court set Defendants' briefing deadline, Plaintiffs filed an Amended Complaint—and then renewed their motion for a preliminary injunction—to account for new agency action taken after Plaintiff States filed their original Complaint. Extending Defendants' opposition deadline from November 26 to December 2 will give Defendants adequate time to consider and brief the intervening changes to Plaintiff States' Amended Complaint and renewed motion for preliminary injunction.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 24, 2021 | /s/ Elizabeth B. Murrill |
| TYLER R. GREEN* | ELIZABETH B. MURRILL |
| DANIEL SHAPIRO* |   Solicitor General |
| CONSOVOY MCCARTHY PLLC | J. SCOTT ST. JOHN |
| 222 S. Main Street, 5th Floor |   Deputy Solicitor General |
| Salt Lake City, UT 84101 | LOUISIANA DEPARTMENT OF JUSTICE |
| (703) 243-9423 | 1885 N. Third Street |
|  | Baton Rouge, LA 70804 |
|  | Tel: (225) 326-6766 |
| *Counsel for Plaintiff State of Louisiana* | murrille@ag.louisiana.gov |
|  | stjohnj@ag.louisiana.gov |

OTHER COUNSEL:

THEODORE M. ROKITA
  Indiana Attorney General
Thomas M. Fisher**
  Solicitor General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Tom.fisher@atg.in.gov
*Counsel for the State of Indiana*

***Pro Hac Vice admission application forthcoming*

LYNN FITCH
  Attorney General of Mississippi
John V. Coghlan*
  Deputy Solicitor General
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Tel: (601) 359-3680
*Counsel for the State of Mississippi*

**Admitted Pro Hac Vice*