IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY, et al.,

           PLAINTIFFS,

v.

JOSEPH R. BIDEN, JR. in his official
capacity as President of the United States, et
al.,

           DEFENDANTS.

CIVIL ACTION NO. 1:21-cv-3867-DDD-JPM

### [Proposed] ORDER

Plaintiff States' Unopposed Motion to Extend Preliminary Injunction Briefing Deadline is GRANTED. Defendants are ORDRED to respond to Plaintiff States' renewed motion for preliminary injunction on or before December 2, 2021.

Signed this 24 day of November, 2021.

DEE D. DRELL
SENIOR UNITED STATES DISTRICT JUDGE