# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:21-cv-3867 |

## LIST OF CASES CHALLENGING FEDERAL COVID-19 PREVENTATIVE MANDATES

Pursuant to the Court's November 19 Order (ECF 16), the parties attempted to compile a comprehensive list of "all cases, pending or otherwise, challenging a federal COVID-19 preventative mandate (including but not limited to mandates relating to vaccinations, masks, or social distance requirements)." The parties identified the following cases:

**Challenges to EO 14042, which requires certain contracts to include a clause requiring contractor vaccination:**

1. *America's Frontline Doctors, Inc. v. United States*, 2:21-cv-702-CLM (N.D. Ala.)

2. *Brnovich v. Biden*, No. 2:21-cv-1568-MTL (D. Ariz.)

3. *Commonwealth of Kentucky v. Biden*, No. 3:21-cv-55 (E.D. Ky.)

4. *Donovan v. Vance*, No. 4:21-cv-5148 (E.D. Wash.)

5. *Hollis v. Biden*, No. 1:21-cv-163-GHD-RP (N.D. Miss.)

6. *Jensen v. Biden*, No. 4:21-cv-5119 (E.D. Wash.)

7. *Smith v. Biden*, No. 21-cv-19457-CPO-SAK (D.N.J.), *appeal filed*, No. 21-3091 (3d Cir.)

8. *State of Florida v. Nelson*, No. 8:21-cv-2524 (M.D. Fla.)

9. *State of Georgia et al. v. Biden*, No. 1:21-cv-163 (S.D. Ga.)

10. *State of Louisiana et al. v. Biden*, No. 1:21-cv-3867 (W.D. La.)

11. *State of Missouri et al. v. Biden*, No. 4:21-cv-1300 (E.D. Mo.)

12. *State of Oklahoma v. Biden*, No. 5:21-cv-1069-G (W.D. Okla.)

13. *State of Texas v. Biden*, No. 3:21-cv-309 (S.D. Tex.)

**Challenges to EO 14043, which requires federal employees to be vaccinated:**

1. *America's Frontline Doctors, Inc. v. United States*, 2:21-cv-702-CLM (N.D. Ala.)

2. *Altschuld v. Raimondo*, No. 21-cv-2779 (D.D.C.)

3. *AFGE v. Biden*, No. 21-cv-23828 (S.D. Fla.)

4. *Brass v. Biden*, No. 1:21-cv-2778-MEH (D. Colo.)

5. *Brnovich v. Biden*, No. 2:21-cv-1568-MTL (D. Ariz.)

6. *Church v. Biden*, No. 21-cv-2815 (D.D.C.)

7. *Costin v. Biden*, No. 21-cv-2484 (D.D.C.)

8. *Donovan v. Vance*, No. 4:21-cv-5148 (E.D. Wash.)

9. *Foley v. Biden*, No. 21-cv-1098 (N.D. Tex.)

10. *Health Freedom Defense Fund v. Biden*, No. 8:21-cv-2679 (M.D. Fla.)

11. *MacGregor & Bjerken v. Federal Agency Heads*, No. 21-cv-142 (D. Mont.)

12. *McCray v. Biden*, No. 1:21-cv-2882-RDM (D.D.C.)

13. *Navy Seal 1 v. Biden*, No. 21-cv-2429 (M.D. Fla.)

14. *Rodden v. Fauci*, No. 3:21-cv-317 (S.D. Tex.)

15. *Rydie v. Biden*, No. 8:21-cv-2696 (D. Md.)

16. *Smith v. Biden*, No. 21-cv-19457-CPO-SAK (D.N.J.), *appeal filed*, No. 21-3091 (3d Cir.)

17. *Wirtes v. Woodcock*, No. 4:21-cv-142 (E.D. Va.)

**Challenges to the Department of Defense's vaccination requirement for active-duty and Ready-Reserve service members:**

1. *Costin v. Biden*, No. 21-cv-2484 (D.D.C.)

2. *Crosby v. Austin*, 21-cv-2730 (M.D. Fla.)

3. *Doe v. Austin*, No. 3:21-cv-1211 (N.D. Fla.)

4. *Guettlein v. Merchant Marine Academy*, No. 21-cv-6443 (E.D.N.Y.)

5. *Navy Seal 1 v. Biden*, No. 21-cv-2429 (M.D. Fla.)

6. *Robert v. Austin*, No. 1:21-cv-2228 (D. Colo.)

7. *Rudometkin v. Austin*, No. 1:21-cv-2220 (D.D.C.)

8. *U.S. Navy Seals 1-26 v. Biden*, No. 4:21-cv-1236-O (N.D. Tex.)

**Challenges to the OSHA ETS, which requires employees of covered employers to undergo COVID-19 vaccination or to take weekly COVID-19 tests and wear a mask:**

All petitions for review have been consolidated in the U.S. Court of Appeals for the Sixth Circuit *sub nom In re Occupational Safety and Health Administration, Interim Final Rule*, No. 21-7000 (lead). Prior to consolidation, the U.S. Court of Appeals for the Fifth Circuit stayed the vaccine mandate. *BST Holdings, LLC v. OSHA*, No. 21-60845, 2021 WL 5166656 (5th Cir. Nov. 6, 2021) (per curiam). The Fifth Circuit then reaffirmed its initial stay in a published opinion. *BST Holdings, LLC v. OSHA*, No. 21-60845, -- F. 4th --, 2021 WL 5279381 (5th Cir. Nov. 12, 2021).

**Challenges to the CMS Vaccine Requirement, which requires COVID-19 vaccination of certain staff at health care facilities participating the Medicare and Medicaid programs**

1. *State of Florida v. HHS*, No. 3:21-cv-2722 (N.D. Fla.), *appeal filed*, No. --- (11th Cir.)

2. *State of Missouri v. Biden*, No. 4:21-cv-1329 (E.D. Mo.)

3. *State of Louisiana v. Becerra*, No. 3:21-cv-3970 (W.D. La.)

4. *State of Texas v. Becerra*, No. 2:21-cv-229-Z (N.D. Tex.)

**Challenges to orders issued by CDC and/or TSA requiring wearing of face masks at transportation hubs or on public transportation conveyances:**

1. *Health Freedom Defense Fund v. Biden,* No. 8:21-cv-1693 (M.D. Fl.)

2. *Bombay-Somers v. U.S. Dep't of Health & Human Servs.,* No. 1:21-cv-335 (N.D. Ind.)

3. *Wall v. CDC,* No. 6:21-cv-975 (M.D. Fl.)

4. *Mahwikizi v. CDC,* No. 6:21-cv-975 (N.D. Ill.)

5. *Corbett v. TSA,* No. 21-1074 (D.C. Cir.)

6. *Wall v. TSA,* No. 21-1220 (D.C. Cir.) (transferred from 11th Cir.)

7. *Faris v. TSA,* No. 21-1221 (D.C. Cir.) (transferred from 6th Cir.)

8. *Marcus v. TSA,* No. 21-1225 (D.C. Cir) (transferred from 5th Cir.)

9. *Eades v. TSA,* No. 21-1236 (D.C. Cir.) (transferred from 8th Cir.)

10. *Andreadakis v. TSA,* No. 21-1237 (D.C. Cir.) (transferred from 4th Cir.)

11. *Abadi v. TSA,* No. 21-2692 (2d Cir.) (motion to transfer to D.C. Cir. pending)

**Challenge to CDC order requiring cruise ships to implement COVID-19 precautions as a condition to operating in U.S. waters:**

1. *Florida v. Becerra*, No. 8:21-cv-839 (M.D. Fla.)

**Challenges to CDC orders requiring inbound international air travelers to provide proof of a negative COVID-19 test before boarding:**

1. *Wall v. CDC*, No. 6:21-cv-975 (M.D. Fla.)

2. *Shoemaker v. Biden*, 1:21-cv-230 (N.D. Ohio)

Dated: November 26, 2021

Respectfully submitted,

/s/ *Joseph Scott St. John*
ELIZABETH B. MURRILL (LSB 20685)
  *Solicitor General*
JOSEPH SCOTT ST. JOHN (LSB 36682)
  *Deputy Solicitor General*
LOUISIANA DEPT. OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*


BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/ *Kevin Wynosky*
MADELINE M. McMAHON
KEVIN WYNOSKY (PA Bar No. 326087)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Attorneys for Defendants*