# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**STATE OF LOUISIANA ET AL**      **CASE NO. 1:21-CV-03867**

**VERSUS**      **JUDGE DRELL**

**JOSEPH R BIDEN JR ET AL**      **MAGISTRATE JUDGE PEREZ-MONTES**

## MINUTES OF COURT:
### Preliminary Injunction Hearing

| | | | |
|---|---|---|---|
| Date: | December 6, 2021 | Presiding: | Judge Dee D. Drell |
| Court Opened: | 1:27 p.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 4:45 p.m. | Court Reporter: | Myra Primeaux |
| Statistical Time: | 03:48 | Courtroom: | 2nd Floor Courtroom |

## APPEARANCES

| | | |
|---|---|---|
| Elizabeth Baker Murrill & Josiah Kollmeyer | For | All Plaintiffs |
| Morgan Elizabeth Brungard & Tyler R Green | For | State of Louisiana, Plaintiff |
| Madeline McMahon, Jerry Edwards & Kevin Joseph Wynosky | For | All Defendants |

## PROCEEDINGS

Preliminary Injunction Hearing (rec. doc. 10 & 22 )

| | |
|---|---|
| Filings: | Witness List |
| | Exhibit List |

**RULINGS/COMMENTS:**

The motion for preliminary injunction [ECF 10 & 22] is taken under advisement.