# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN et al., <br><br> Defendants. | No. 1:21-cv-3867 <br><br> Judge Dee D. Drell <br><br> Magistrate Judge Joseph H. L. Perez-Montes |

### [PROPOSED] ORDER

Defendants have filed a motion to stay proceedings in this case. For good cause shown, the Court **GRANTS** defendants' motion to stay. All deadlines in this case shall be, and hereby are, **STAYED** pending further order of the Court.

It is **SO ORDERED**.

December ___, 2021

_____
Dee D. Drell
U.S. District Judge
U.S. District Court for the
Western District of Louisiana