# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 21-cv-3867 |
| -vs- | JUDGE DRELL |
| JOSEPH R BIDEN JR ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

IT IS ORDERED that the motion to stay filed by Defendants (Doc. 43) currently set before the Magistrate Judge for report and recommendation is hereby TRANSFERRED to Judge Drell for consideration and disposition.

THUS DONE AND SIGNED this 12th day of December 2021, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT