# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN et al., <br><br> Defendants. | No. 1:21-cv-3867 <br><br> Judge Dee D. Drell <br><br> Magistrate Judge Joseph H. L. Perez-Montes |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Ruling and Order on the Motions for Preliminary Injunction and to Stay, dated December 15, 2021 and filed the next day at ECF No. 47. That Ruling and Order granted-in-part and denied-in-part Plaintiffs' Amended Motion for Preliminary Injunction (ECF No. 22), and granted-in-part and denied-in-part Defendants' Motion to Stay (ECF No. 43).

Dated: January 11, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Kevin Wynosky*
MADELINE M. McMAHON
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005

(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

2