**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.   1:21-CV-03867** |
| **VERSUS** | **JUDGE DRELL** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Withdraw Attorney [50] filed on June 20, 2022 by State of Indiana, State of Louisiana, State of Mississippi was DEFICIENT for the following reason(s):

- ✓ A motion to withdraw or to substitute counsel must be signed by or have consent of the withdrawing attorney. Please refer to LR83.2.11. See also LR5.7.08 regarding electronic filing of documents requiring signatures of more than one party.
The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.