UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 21-cv-3867** |
| -vs- | **JUDGE DRELL** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

<u>O R D E R</u>

Considering the Fifth Circuit Court of Appeals issued a judgment affirming this court's grant of a preliminary injunction, it is hereby

ORDERED that the STAY of further proceedings regarding the request for a permanent injunction is hereby LIFTED.  The Clerk of Court is directed to issue Case Management Order No. 1.

THUS DONE AND SIGNED at Alexandria, Louisiana this _14_ day of February 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT