# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA et al., <br><br> Plaintiffs, <br> v. <br><br> JOSEPH R. BIDEN et al., <br><br> Defendants. | No. 1:21-cv-3867 <br><br> Judge Dee D. Drell <br><br> Magistrate Judge Joseph H. L. Perez-Montes |

## [~~PROPOSED~~] ORDER

The parties have filed a joint motion to stay proceedings in this case. For good cause shown, the Court **GRANTS** the parties' motion to stay. All deadlines in this case shall be, and hereby are, **STAYED** until May 31, 2023, and the parties shall file a joint status report on or before May 31, 2023.

It is **SO ORDERED**.

March 4, 2023 AT ALEXANDRIA, LA

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT